UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PETERS (A-Number: 094-568-228), | Case No.  1:26-cv-2513-TLN-JDP |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, | |
| Respondent, | |

On April 2, 2026, petitioner filed a petition for writ of habeas corpus.  ECF No. 1.  The following day, the court referred the matter to me for further proceedings.  *See* ECF No. 5.  On April 7, 2026, respondent moved to dismiss, arguing that the petition is moot because petitioner "has been released from immigration detention on an order of supervision."  ECF No. 7 at 1.  Therefore, I order petitioner to respond to the motion to dismiss.

Accordingly, it is hereby ORDERED that:

1. Within seven days of the date of service of this order, petitioner must file an opposition or statement of non-opposition to respondent's motion to dismiss, ECF No. 7.

2. Any reply to an opposition to the motion to dismiss must be filed within seven days after the opposition is served.  The motion to dismiss will be considered submitted twenty-one

1

days after the service of the motion or when the reply is filed, whichever comes first. *See* Local Rule 230(l).

IT IS SO ORDERED.

Dated:    April 10, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2