UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PRINCE P.,[1]

        Petitioner,

    v.

WARDEN OF THE CALIFORNIA CITY
DETENTION FACILITY,

        Respondent.

No. 1:26-cv-2513-TLN-JDP

A # 094-568-228

**ORDER**

Petitioner, an immigration detainee, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  (ECF No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 29, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.[2]  (ECF No. 10.)  Neither

---

[1]    The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

[2]    Service by mail to Petitioner was returned as undeliverable.  Respondent noted in its

1

party filed objections to the findings and recommendations and the time to do so has elapsed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations filed April 29, 2026 (ECF No. 10) are ADOPTED in full;

2.    The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED;

3.    This action is dismissed without prejudice for Petitioner's failure to prosecute and comply with court orders;

4.    Respondent's Motion to Dismiss (ECF No. 7) is DENIED as moot; and

5.    The Clerk of Court shall enter judgment accordingly and close this case.

Date: May 14, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

---

Motion to Dismiss that "[P]etitioner has been released from immigration detention on an order of supervision." (ECF No. 7.) As Petitioner has not notified the Court of any change of address, service of documents to Petitioner's address of record is considered fully effective. L.R. 182(f).

2